JMH
F.# 2017R00906

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

HU JI,
LI MINJUN,
TU LAN
ZHU FENG,
   also known as "Johnny Zhu,"
KUANG ZEBIN
   also known as "Vincent Kuang,"
MICHAEL MCMAHON,
ZHAI YONGQIANG,
ZHAI CONGYING and
ZHU YONG,
   also known as "Jason Zhu"

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ O R D E R

CR 21-265 (PKC)

Upon the application of JACQUELYN M. KASULIS, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney J. Matthew Haggans, for an order unsealing the case as to defendant KUANG ZEBIN in the above-captioned matter, but for the filing docketed at ECF No. 78.

WHEREFORE, it is ordered that the case is unsealed as to defendant KUANG ZEBIN, but for the filing docketed at ECF No. 78.

Dated:  Brooklyn, New York
          8/4/2021, 2021

                                      s/Hon. Pamela K. Chen

                                      THE HONORABLE PAMELA K. CHEN
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK