UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

UNITED STATES OF AMERICA

                                 Plaintiff,

v.

TO ADMIT COUNSEL *PHV*
KUANG ZE BIN

                                 Defendants.
-----------------------------------------------------------------X

No.: 1:21-CR-265-05

NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the attached affidavit of movant in support of this motion and the Certificate of Good Standing, I, MICHAEL D. WALSH, will move this Court pursuant tp Rule 1.3(c) of the Local Rules of the United States District Courts for the Eastern District of New York for an order allowing admission of movant, a member of the firm of the Demidchik Law Firm and a member in good standing of the bar of the State of Illinois, as attorney *pro hac vice*. There are no pending disciplinary proceedings against me in any State or Federal Court.

Respectfully Submitted,

Dated: ~~01AUG21~~
23SEP21

Movant
MICHAEL D. WALSH
150 S. Wacker-Suite 2400
Chicago, IL 60606
Michaelwalsh@dcklawfirm.com
312-786-4777

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------

USA

　　　　　　　　　　　Plaintiff(s),

v.

KUANG ZE BIN

　　　　　　　　　　　Defendant(s).

--------------------------------------------------

21CR-265-05

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE**

I, MICHAEL D. WALSH, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Demidchik Law Firm
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of ILLINOIS.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: 312290 IL
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 21CR-265-05 for defendant Kuang Ze Bin.

Date 9/23/21

Signature of Movant
Firm Name DEMIDCHIK LAW FIRM
Address 150 S. Wacker-Suite 3000
Chicago, IL 60606

Email Michaelwalsh@dcklawform.com
Phone 312-786-4777

**NOTARIZED**

OFFICIAL SEAL
YANGMEI LI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 10/21/23



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
9/23/2021

Re: Michael Daniel Walsh
Attorney No. 3128290

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Michael Daniel Walsh was admitted to practice law in Illinois on 10/29/1980; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar