**Demidchik Law Firm**

DEMIDCHIK LAW FIRM, LLC
150 S Wacker Drive, Suite 3000
Chicago, IL 60606
**Tel:** 312-786-4777
**Fax:** 212-810-7257
**Web:** demidchiklawfirm.com
**Email:** contact@dcklawfirm.com

The Honorable Pamela K. Chen                                  November 11, 2021
US District Courthouse
225 Cadman Plaza
Brooklyn, NY 11201


Re:  USA v. Kuang Ze Bin et al.
     21CR-225

Dear Judge Chen:

Please be advised that Kuang Ze Bin, a Defendant in the above captioned action is seeking a **modification of his bail conditions**.

He will be allowed to go to his employment seven (7) days a week.

The location and hours of his employment has been provided to the Office of the US. Attorney and Pre-Trial Services. Neither has expressed opposition to the request to modify the conditions of his bail to allow him to work.

Very truly yours,

/s/ Michael D. Walsh
Michael D. Walsh, Esq.



The Defendant's request to modify his bail conditions is granted.


_____
The Honorable Pamela K. Chen
Date:

---

**Flushing, NY Office:** 136-18 39th Ave, 8th Floor, Flushing, NY 11354
**Orlando, FL Office:** 5323 Millenia Lakes Blvd, Suite 300, Orlando, FL 32801
**Chicago, IL Office:** 150 S Wacker Drive, Suite 3000, Chicago, IL 60606
**Los Angeles, CA Office:** 923 E Valley Blvd, Suite 268, San Gabriel, CA 91776
**Los Angeles, CA Office:** 17800 Castleton St, Suite 605, City of Industry, CA 91748
**San Francisco, CA Office:** 3031 Tisch Way, Ste 300, San Jose, CA 95128