

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

IC
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 14, 2024

<u>By Email and ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Kuang Zebin
     <u>Criminal Docket No. 21-265 (S-1) (PKC)</u>

Dear Judge Chen:

  The government writes to respectfully request an adjournment of sentencing in the above-captioned matter currently scheduled for November 21, 2024. The defendant consents to the adjournment request. It is the government's understanding that a Presentence Investigative Report ("PSR") has not yet been completed in this matter. Accordingly, an adjournment is necessary to provide time for the PSR to be completed, and for the parties to submit their sentencing memoranda.

           Respectfully submitted,

           BREON PEACE
           United States Attorney

       By:  /s/ Irisa Chen
           Meredith A. Arfa
           Irisa Chen
           Assistant U.S. Attorneys
           (718) 254-7000

cc: Clerk of Court (PKC) (By Email)
   Counsel of Record (By Email)